# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

           **Plaintiff,**

-vs-                                        Case No. 3:18-CR-32-03

**CHANCE DEAKIN**

           **Defendant.**

---

### ORDER CONTINUING DEFENDANT ON BOND WITH ADDED CONDITION AND RELEASE FROM CUSTODY

---

Pursuant to the record set forth in open court on January 28, 2019, the Defendant entered admissions to the alleged violations as set forth in the Amended Petition filed January 28, 2019. Defendant was found by the Court to be in violation of the conditions of his bond. After giving due consideration and without objection from the Government, the Court chose not to revoke his bond.

**IT IS THE ORDER OF THE COURT** the Defendant be released from custody and continued on bond with all the same conditions as previously imposed, adding the condition that he, if accepted, must participate and complete Nova Behavioral Health Residential Treatment as directed by the Pretrial Services Office or Supervising Officer. Failure to comply may result in a revocation of bond.

**DONE** and **ORDERED** in Dayton, Ohio, this 29th day of January, 2019.

                                                     *s/Thomas M. Rose*

                                                     THOMAS M. ROSE, JUDGE
                                                     UNITED STATES DISTRICT COURT